**Order entered July 22, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00046-CV

**EX PARTE CHARLES RAY MASON**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. X06-310-H**

## ORDER
Before Justices Francis, Lang, and Evans

We **DENY** Charles Ray Mason's June 24, 2013 Motion to Strike and June 24, 2013 Motion for Rehearing.